UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARM STEP/EASY STREET SALES CORPORATION,<br>            Plaintiff,<br><br>v.<br><br>RACK ROOM SHOES, INC.<br>    and<br>RACK ROOM SHOES OF VIRGINIA, LLC,<br>    and<br>HEINRICH DEICHMANN-SCHUHE GmbH & Co. KG,<br>            Defendants. | Case No. 1:09-cv-11787-RGS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Charm Step/Easy Street Sales Corporation ("Charm Step/Easy Street") hereby dismisses this action:

(i)     **with** prejudice, as to Rack Room Shoes, Inc.;

(ii)    **with** prejudice, as to Rack Room Shoes of Virginia, LLC; and

(iii)   **without** prejudice, as to Heinrich Deichmann-Schuhe GmbH & Co. KG.

RESPECTFULLY SUBMITTED,

January 19, 2010                     ____/s/ Merton Thompson_____
                                     Merton E. Thompson (BBO# 637056)
                                     BURNS & LEVINSON LLP
                                     125 Summer Street
                                     Boston, MA 02110
                                     Telephone:  617-345-3000
                                     Facsimile:  617-345-3299
                                     Email:  mthompson@burnslev.com

                                     ATTORNEYS FOR CHARM STEP/
                                     EASY STREET SALES CORPORATION

## CERTIFICATE OF SERVICE

     I, Merton Thompson, hereby certify that on January 19, 2010, a copy of this *NOTICE OF DISMISSAL* was served via CM/ECF and/or electronic mail on the following counsel for Defendants:

| | |
|---|---|
| William Rudy<br>Lathrop & Gage LLP<br>2345 Grand Boulevard, Suite 2200<br>Kansas City, Missouri 64108-2618 | Bridget A. Short<br>Lathrop & Gage LLP<br>230 Park Avenue, Suite 1847<br>New York, New York 10169 |
| R. David Hosp<br>Mark S. Puzella<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | John Shaeffer<br>Lathrop & Gage LLP<br>1880 Century Park East, Suite 1000<br>Los Angeles, CA 90067 |

                                                 /s/ Merton Thompson
                                                  Merton Thompson, Esq.